JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., ) | CASE NO. 2:12-CV-6531 SVW (AJWx) |
|     Plaintiff, ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. ) | |
| Jeff McMillen a/k/a JD McMillen, an individual and d/b/a as Amazon.com Seller tvboxsets&more, and DOES 1-10, inclusive ) | |
|     Defendants. | |

    The Court having been advised by the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated. The trial set for March 12, 2013 is hereby VACATED.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 24, 2013

                                                            THE HON. STEPHEN V. WILSON
                                                            United States District Judge