1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
   Ann Fitz (SBN 282455)
8  *ann@socalcrimedefense.com*
   Ann Fitz, Attorney at Law, P.C.
9  8383 Wilshire Blvd., Suite 535
   Beverly Hills, California  90211
10 Telephone:  (323) 782-1019
   Facsimile:  (323) 782-1258
11
   Attorney for Defendant Jeff McMillen
12 a/k/a JD McMillen, an individual and
   d/b/a as Amazon.com Seller tvboxsets&more
13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16
   Warner Bros. Home Entertainment Inc.,  )   Case No. CV12-6531 SVW (AJWx)
17                                         )
                          Plaintiff,       )   CONSENT DECREE
18                                         )   AND PERMANENT  INJUNCTION
          v.                               )
19                                         )
   Jeff McMillen a/k/a JD McMillen, an     )
20 individual and d/b/a as Amazon.com      )
   Seller tvboxsets&more, and Does 1-10,   )
21 inclusive,                              )
                                           )
22                        Defendants.      )

23        The Court, having read and considered the Joint Stipulation for Entry of

24 Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

25 Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Jeff McMillen a/k/a JD

26 McMillen, an individual and d/b/a as Amazon.com Seller tvboxsets&more

27 ("Defendant"), in this action, and good cause appearing therefore, hereby:

28

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  March 5, 2013

_____
Hon. Stephen V. Wilson
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
      J. Andrew Coombs
      Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Ann Fitz, Attorney at Law, P.C.

By: _____
      Ann Fitz
Attorney for Defendant Jeff McMillen a/k/a
JD McMillen, an individual and d/b/a as
Amazon.com Seller tvboxsets&more

## EXHIBIT A
## COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| | **BOARDWALK EMPIRE: Season One** | |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | Home Box Office, Inc. |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | Home Box Office, Inc. |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | Home Box Office, Inc. |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | Home Box Office, Inc. |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | Home Box Office, Inc. |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | Home Box Office, Inc. |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | Home Box Office, Inc. |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | Home Box Office, Inc. |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | Home Box Office, Inc. |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | Home Box Office, Inc. |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | Home Box Office, Inc. |
| | **CHUCK: Season Four** | |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. |

| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | Warner Bros. Entertainment Inc. |
|---|---|---|
| | **CHUCK: Season Five** | |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | Warner Bros. Entertainment Inc. |
| | **ENTOURAGE: Season Seven** | |
| PA 1-697-280 | ENTOURAGE: Stunted | Home Box Office, Inc. |
| PA 1-697-285 | ENTOURAGE: Buzzed | Home Box Office, Inc. |
| PA 1-704-328 | ENTOURAGE: Dramedy | Home Box Office, Inc. |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | Home Box Office, Inc. |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | Home Box Office, Inc. |
| PA 1-706-302 | ENTOURAGE: Hair | Home Box Office, Inc. |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | Home Box Office, Inc. |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | Home Box Office, Inc. |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | Home Box Office, Inc. |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | Home Box Office, Inc. |
| | **FRINGE: Season Three** | |
| PA 1-799-978 | FRINGE: Olivia | Warner Bros. Entertainment Inc. |
| PA 1-799-994 | FRINGE: The Box | Warner Bros. Entertainment Inc. |

| PA 1-799-991 | FRINGE: The Plateau | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | Warner Bros. Entertainment Inc. |
| PA 1-800-068 | FRINGE: Amber 31422 | Warner Bros. Entertainment Inc. |
| PA 1-799-971 | FRINGE: 6955 KHZ | Warner Bros. Entertainment Inc. |
| PA 1-800-066 | FRINGE: The Abducted | Warner Bros. Entertainment Inc. |
| PA 1-799-984 | FRINGE: Entrada | Warner Bros. Entertainment Inc. |
| PA 1-800-071 | FRINGE: Marionette | Warner Bros. Entertainment Inc. |
| PA 1-800-082 | FRINGE: The Firefly | Warner Bros. Entertainment Inc. |
| PA 1-799-860 | FRINGE: Reciprocity | Warner Bros. Entertainment Inc. |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | Warner Bros. Entertainment Inc. |
| PA 1-799-846 | FRINGE: Immortality | Warner Bros. Entertainment Inc. |
| PA 1-799-854 | FRINGE: 6B | Warner Bros. Entertainment Inc. |
| PA 1-799-856 | FRINGE: Subject 13 | Warner Bros. Entertainment Inc. |
| PA 1-799-853 | FRINGE: OS | Warner Bros. Entertainment Inc. |
| PA 1-799-980 | FRINGE: Stowaway | Warner Bros. Entertainment Inc. |
| PA 1-799-975 | FRINGE: Bloodline | Warner Bros. Entertainment Inc. |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | Warner Bros. Entertainment Inc. |

| PA 1-800-072 | FRINGE: 6:02 AM EST | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-799-987 | FRINGE: The Last Sam Weiss | Warner Bros. Entertainment Inc. |
| PA 1-800-069 | FRINGE: The Day We Died | Warner Bros. Entertainment Inc. |
| **GOSSIP GIRL: Season Four** | | |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-791 | GOSSIP GIRL: The Undergraduates | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-782 | GOSSIP GIRL: Touch Of Eva | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-779 | GOSSIP GIRL: Goodbye, Columbia | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-796 | GOSSIP GIRL: Easy J | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-800 | GOSSIP GIRL: War At The Roses | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| PA 1-798-706 | GOSSIP GIRL: Gaslit | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
|---|---|---|
| PA 1-798-803 | GOSSIP GIRL: The Townie | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-813 | GOSSIP GIRL: Damien Darko | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-793 | GOSSIP GIRL: Panic Roommate | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-784 | GOSSIP GIRL: Empire of The Son | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-694 | GOSSIP GIRL: Petty In Pink | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-798-660 | GOSSIP GIRL: The Princess And The Frog | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
|---|---|---|
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | Warner Bros. Entertainment Inc. |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | Warner Bros. Entertainment Inc. |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | Warner Bros. Entertainment Inc. |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | Warner Bros. Entertainment Inc. |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | Warner Bros. Entertainment Inc. |
| **HUNG: Season Two** | | |
| PA 1-709-033 | HUNG: Just The Tip | Home Box Office, Inc. |
| PA 1-709-034 | HUNG: Tucson Is The Gateway To Dick Or This Is Not Sexy | Home Box Office, Inc. |
| PA 1-709-030 | HUNG: Mind Bullets Or Bang Bang Bang Motherfucker | Home Box Office, Inc. |
| PA 1-699-183 | HUNG: Sing It Again, Ray Or Home Plate | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-699-187 | HUNG: A Man, A Plan Or Thank You, Jimmy Carter | Home Box Office, Inc. |
| PA 1-699-180 | HUNG: Beaverland | Home Box Office, Inc. |
| PA 1-706-298 | HUNG: The Middle East Is Complicated | Home Box Office, Inc. |
| PA 1-706-294 | HUNG: Third Base Or That Rash | Home Box Office, Inc. |
| PA 1-706-293 | HUNG: Fat Off My Love Or I'm The Allergen | Home Box Office, Inc. |
| PA 1-709-045 | HUNG: Even Steven Or Luckiest Kid In Detroit | Home Box Office, Inc. |
| | **IN TREATMENT: Season Two** | |
| PA 1-669-962 | IN TREATMENT: Mia: Week One | Home Box Office, Inc. |
| PA 1-669-666 | IN TREATMENT: April: Week One | Home Box Office, Inc. |
| PA 1-669-702 | IN TREATMENT: Oliver: Week One | Home Box Office, Inc. |
| PA 1-669-672 | IN TREATMENT: Walter: Week One | Home Box Office, Inc. |
| PA 1-669-696 | IN TREATMENT: Gina: Week One | Home Box Office, Inc. |
| PA 1-669-707 | IN TREATMENT: Mia: Week Two | Home Box Office, Inc. |
| PA 1-669-677 | IN TREATMENT: April: Week Two | Home Box Office, Inc. |
| PA 1-669-698 | IN TREATMENT: Oliver: Week Two | Home Box Office, Inc. |
| PA 1-669-691 | IN TREATMENT: Walter: Week Two | Home Box Office, Inc. |
| PA 1-669-686 | IN TREATMENT: Gina: Week Two | Home Box Office, Inc. |

| PA 1-666-757 | IN TREATMENT: Mia: Week Three | Home Box Office, Inc. |
|---|---|---|
| PA 1-664-955 | IN TREATMENT: April: Week Three | Home Box Office, Inc. |
| PA 1-666-714 | IN TREATMENT: Oliver: Week Three | Home Box Office, Inc. |
| PA 1-783-995 | IN TREATMENT: Walter: Week Three | Home Box Office, Inc. |
| PA 1-664-947 | IN TREATMENT: Gina: Week Three | Home Box Office, Inc. |
| PA 1-784-001 | IN TREATMENT: Mia: Week Four | Home Box Office, Inc. |
| PA 1-664-446 | IN TREATMENT: April: Week Four | Home Box Office, Inc. |
| PA 1-783-961 | IN TREATMENT: Oliver: Week Four | Home Box Office, Inc. |
| PA 1-675-854 | IN TREATMENT: Walter: Week Four | Home Box Office, Inc. |
| PA 1-783-979 | IN TREATMENT: Gina: Week Four | Home Box Office, Inc. |
| PA 1-783-972 | IN TREATMENT: Mia: Week Five | Home Box Office, Inc. |
| PA 1-783-974 | IN TREATMENT: April: Week Five | Home Box Office, Inc. |
| PA 1-783-975 | IN TREATMENT: Oliver: Week Five | Home Box Office, Inc. |
| PA 1-666-738 | IN TREATMENT: Walter: Week Five | Home Box Office, Inc. |
| PA 1-666-758 | IN TREATMENT: Gina: Week Five | Home Box Office, Inc. |
| PA 1-667-445 | IN TREATMENT: Mia: Week Six | Home Box Office, Inc. |
| PA 1-667-436 | IN TREATMENT: April: Week Six | Home Box Office, Inc. |

| PA 1-667-438 | IN TREATMENT: Oliver: Week Six | Home Box Office, Inc. |
|---|---|---|
| PA 1-667-443 | IN TREATMENT: Walter: Week Six | Home Box Office, Inc. |
| PA 1-667-432 | IN TREATMENT: Gina: Week Six | Home Box Office, Inc. |
| PA 1-664-914 | IN TREATMENT: Mia: Week Seven | Home Box Office, Inc. |
| PA 1-664-922 | IN TREATMENT: April: Week Seven | Home Box Office, Inc. |
| PA 1-664-907 | IN TREATMENT: Oliver: Week Seven | Home Box Office, Inc. |
| PA 1-664-909 | IN TREATMENT: Walter: Week Seven | Home Box Office, Inc. |
| PA 1-664-904 | IN TREATMENT: Gina: Week Seven | Home Box Office, Inc. |
|  | **IN TREATMENT: Season Three** | Home Box Office, Inc. |
| PA-1-715-767 | IN TREATMENT: Sunil: Week One | Home Box Office, Inc. |
| PA-1-715-761 | IN TREATMENT: Frances: Week One | Home Box Office, Inc. |
| PA-1-715-759 | IN TREATMENT: Jesse: Week One | Home Box Office, Inc. |
| PA-1-715-760 | IN TREATMENT: Adele: Week One | Home Box Office, Inc. |
| PA0001715057 | IN TREATMENT: Sunil: Week Two | Home Box Office, Inc. |
| PA0001715051 | IN TREATMENT: Frances: Week Two | Home Box Office, Inc. |
| PA0001715056 | IN TREATMENT: Jesse: Week Two | Home Box Office, Inc. |
| PA0001715045 | IN TREATMENT: Adele: Week Two | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA0001718839 | IN TREATMENT: Sunil: Week Three | Home Box Office, Inc. |
| PA0001718838 | IN TREATMENT: Frances: Week Three | Home Box Office, Inc. |
| PA0001718847 | IN TREATMENT: Jesse: Week Three | Home Box Office, Inc. |
| PA0001718845 | IN TREATMENT: Adele: Week Three | Home Box Office, Inc. |
| PA0001718841 | IN TREATMENT: Sunil: Week Four | Home Box Office, Inc. |
| PA0001719472 | IN TREATMENT: Frances: Week Four | Home Box Office, Inc. |
| PA0001719471 | IN TREATMENT: Jesse: Week Four | Home Box Office, Inc. |
| PA0001719474 | IN TREATMENT: Adele: Week Four | Home Box Office, Inc. |
| PA0001719468 | IN TREATMENT: Sunil: Week Five | Home Box Office, Inc. |
| PA0001719470 | IN TREATMENT: Frances: Week Five | Home Box Office, Inc. |
| PA0001719469 | IN TREATMENT: Jesse: Week Five | Home Box Office, Inc. |
| PA0001805663 | IN TREATMENT: Adele: Week Five | Home Box Office, Inc. |
| PA0001719724 | IN TREATMENT: Sunil: Week Six | Home Box Office, Inc. |
| PA0001719725 | IN TREATMENT: Frances: Week Six | Home Box Office, Inc. |
| PA0001719847 | IN TREATMENT: Jesse: Week Six | Home Box Office, Inc. |
| PA0001719723 | IN TREATMENT: Adele: Week Six | Home Box Office, Inc. |
| PA0001721379 | IN TREATMENT: Sunil: Week Seven | Home Box Office, Inc. |

| PA0001721381 | IN TREATMENT: Frances: Week Seven | Home Box Office, Inc. |
|---|---|---|
| PA0001721380 | IN TREATMENT: Jesse: Week Seven | Home Box Office, Inc. |
| PA0001721382 | IN TREATMENT: Adele: Week Seven | Home Box Office, Inc. |
|  | **ONE TREE HILL: Season Seven** |  |
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | Warner Bros. Entertainment Inc. |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | Warner Bros. Entertainment Inc. |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | Warner Bros. Entertainment Inc. |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | Warner Bros. Entertainment Inc. |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | Warner Bros. Entertainment Inc. |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | Warner Bros. Entertainment Inc. |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | Warner Bros. Entertainment Inc. |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | Warner Bros. Entertainment Inc. |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | Warner Bros. Entertainment Inc. |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | Warner Bros. Entertainment Inc. |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | Warner Bros. Entertainment Inc. |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | Warner Bros. Entertainment Inc. |
| PA 1-799-333 | ONE TREE HILL: Family Affair | Warner Bros. Entertainment Inc. |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | Warner Bros. Entertainment Inc. |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | Warner Bros. Entertainment Inc. |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | Warner Bros. Entertainment Inc. |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | Warner Bros. Entertainment Inc. |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | Warner Bros. Entertainment Inc. |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | Warner Bros. Entertainment Inc. |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | Warner Bros. Entertainment Inc. |
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | Warner Bros. Entertainment Inc. |
| | **ONE TREE HILL: Season Eight** | |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | Warner Bros. Entertainment Inc. |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | Warner Bros. Entertainment Inc. |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | Warner Bros. Entertainment Inc. |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | Warner Bros. Entertainment Inc. |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | Warner Bros. Entertainment Inc. |

| PA 1-798-649 | ONE TREE HILL: Not Afraid | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | Warner Bros. Entertainment Inc. |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | Warner Bros. Entertainment Inc. |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | Warner Bros. Entertainment Inc. |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | Warner Bros. Entertainment Inc. |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | Warner Bros. Entertainment Inc. |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | Warner Bros. Entertainment Inc. |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | Warner Bros. Entertainment Inc. |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | Warner Bros. Entertainment Inc. |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | Warner Bros. Entertainment Inc. |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | Warner Bros. Entertainment Inc. |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | Warner Bros. Entertainment Inc. |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | Warner Bros. Entertainment Inc. |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | Warner Bros. Entertainment Inc. |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | Warner Bros. Entertainment Inc. |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | Warner Bros. Entertainment Inc. |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | Warner Bros. Entertainment Inc. |

| | ONE TREE HILL: Season Nine | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | Warner Bros. Entertainment Inc. |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | Warner Bros. Entertainment Inc. |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | Warner Bros. Entertainment Inc. |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | Warner Bros. Entertainment Inc. |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | Warner Bros. Entertainment Inc. |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | Warner Bros. Entertainment Inc. |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | Warner Bros. Entertainment Inc. |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | Warner Bros. Entertainment Inc. |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | Warner Bros. Entertainment Inc. |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | Warner Bros. Entertainment Inc. |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | Warner Bros. Entertainment Inc. |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | Warner Bros. Entertainment Inc. |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | Warner Bros. Entertainment Inc. |
| | PRETTY LITTLE LIARS: Season One | |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | Warner Bros. Entertainment Inc. |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | Warner Bros. Entertainment Inc. |

| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | Warner Bros. Entertainment Inc. |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | Warner Bros. Entertainment Inc. |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | Warner Bros. Entertainment Inc. |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | Warner Bros. Entertainment Inc. |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk About Me When I'm Gone | Warner Bros. Entertainment Inc. |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | Warner Bros. Entertainment Inc. |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | Warner Bros. Entertainment Inc. |
| | **THE BIG BANG THEORY: Season One** | |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | Warner Bros. Entertainment Inc. |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | Warner Bros. Entertainment Inc. |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | Warner Bros. Entertainment Inc. |

| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | Warner Bros. Entertainment Inc. |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | Warner Bros. Entertainment Inc. |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | Warner Bros. Entertainment Inc. |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | Warner Bros. Entertainment Inc. |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | Warner Bros. Entertainment Inc. |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | Warner Bros. Entertainment Inc. |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | Warner Bros. Entertainment Inc. |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | Warner Bros. Entertainment Inc. |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | Warner Bros. Entertainment Inc. |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | Warner Bros. Entertainment Inc. |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | Warner Bros. Entertainment Inc. |
|  | **THE BIG BANG THEORY: Season Two** | Warner Bros. Entertainment Inc. |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | Warner Bros. Entertainment Inc. |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | Warner Bros. Entertainment Inc. |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | Warner Bros. Entertainment Inc. |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | Warner Bros. Entertainment Inc. |

| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | Warner Bros. Entertainment Inc. |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | Warner Bros. Entertainment Inc. |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | Warner Bros. Entertainment Inc. |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | Warner Bros. Entertainment Inc. |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | Warner Bros. Entertainment Inc. |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | Warner Bros. Entertainment Inc. |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | Warner Bros. Entertainment Inc. |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | Warner Bros. Entertainment Inc. |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | Warner Bros. Entertainment Inc. |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | Warner Bros. Entertainment Inc. |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | Warner Bros. Entertainment Inc. |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | Warner Bros. Entertainment Inc. |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | Warner Bros. Entertainment Inc. |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | Warner Bros. Entertainment Inc. |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | Warner Bros. Entertainment Inc. |

| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | Warner Bros. Entertainment Inc. |
| | **THE BIG BANG THEORY: Season Four** | |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | Warner Bros. Entertainment Inc. |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | Warner Bros. Entertainment Inc. |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | Warner Bros. Entertainment Inc. |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | Warner Bros. Entertainment Inc. |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | Warner Bros. Entertainment Inc. |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | Warner Bros. Entertainment Inc. |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | Warner Bros. Entertainment Inc. |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | Warner Bros. Entertainment Inc. |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | Warner Bros. Entertainment Inc. |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | Warner Bros. Entertainment Inc. |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | Warner Bros. Entertainment Inc. |

| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | Warner Bros. Entertainment Inc. |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | Warner Bros. Entertainment Inc. |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | Warner Bros. Entertainment Inc. |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | Warner Bros. Entertainment Inc. |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | Warner Bros. Entertainment Inc. |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | Warner Bros. Entertainment Inc. |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | Warner Bros. Entertainment Inc. |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | Warner Bros. Entertainment Inc. |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | Warner Bros. Entertainment Inc. |
| | **SOPRANOS, THE: Season One** | |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment |
| PA 943-491 | SOPRANOS, THE: 46 Long | Brillstein-Grey Entertainment |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | Brillstein-Grey Entertainment |
| PA 943-494 | SOPRANOS, THE: Meadowlands | Brillstein-Grey Entertainment |
| PA 943-496 | SOPRANOS, THE: College | Brillstein-Grey Entertainment |

| | | |
|---|---|---|
| PA 943-493 | SOPRANOS, THE: Pax Soprana | Brillstein-Grey Entertainment |
| PA 943-490 | SOPRANOS, THE: Down Neck | Brillstein-Grey Entertainment |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | Brillstein-Grey Entertainment |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | Brillstein-Grey Entertainment |
| PA 943-532 | SOPRANOS, THE: Boca | Brillstein-Grey Entertainment |
| PA 943-537 | SOPRANOS, THE: Isabella | Brillstein-Grey Entertainment |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | Brillstein-Grey Entertainment |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | Brillstein-Grey Entertainment |
| | **SOPRANOS, THE: Season Two** | |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | Home Box Office, Inc. and Samax, Inc. |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | Home Box Office, Inc. and Samax, Inc. |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | Home Box Office, Inc. and Samax, Inc. |
| PA 998-994 | SOPRANOS, THE:: Commendatori | Home Box Office, Inc. and Samax, Inc. |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | Home Box Office, Inc. and Samax, Inc. |

| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | Home Box Office, Inc. and Samax, Inc. |
|---|---|---|
| PA 998-997 | SOPRANOS, THE: D-Girl | Home Box Office, Inc. and Samax, Inc. |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | Home Box Office, Inc. and Samax, Inc. |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | Home Box Office, Inc. and Samax, Inc. |
| PA 999-000 | SOPRANOS, THE: Bust Out | Home Box Office, Inc. and Samax, Inc. |
| PA 999-001 | SOPRANOS, THE: House Arrest | Home Box Office, Inc. and Samax, Inc. |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | Home Box Office, Inc. and Samax, Inc. |
| PA 999-003 | SOPRANOS, THE: Funhouse | Home Box Office, Inc. and Samax, Inc. |
|  | **SOPRANOS, THE: Season Three** |  |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | Home Box Office, Inc. and Samax, Inc. |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | Home Box Office, Inc. and Samax, Inc. |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | Home Box Office, Inc. and Samax, Inc. |

| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | Home Box Office, Inc. and Samax, Inc. |
|---|---|---|
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | Home Box Office, Inc. and Samax, Inc. |
| PA 1-021-955 | SOPRANOS, THE: University | Home Box Office, Inc. and Samax, Inc. |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | Home Box Office, Inc. and Samax, Inc. |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | Home Box Office, Inc. and Samax, Inc. |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | Home Box Office, Inc. and Samax, Inc. |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | Home Box Office, Inc. and Samax, Inc. |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | Home Box Office, Inc. and Samax, Inc. |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | Home Box Office, Inc. and Samax, Inc. |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | Home Box Office, Inc. and Samax, Inc. |
| | **SOPRANOS, THE: Season Four** | |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | Home Box Office, Inc. and Samax, Inc. |

| | | |
|---|---|---|
| | | Home Box Office, Inc. and Samax, Inc. |
| PA 1-097-104 | SOPRANOS, THE: No Show | Home Box Office, Inc. and Samax, Inc. |
| PA 1-097-105 | SOPRANOS, THE: Christopher | Home Box Office, Inc. and Samax, Inc. |
| PA 1-112-845 | SOPRANOS, THE: The Weight | Home Box Office, Inc. and Samax, Inc. |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | Home Box Office, Inc. and Samax, Inc. |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | Home Box Office, Inc. and Samax, Inc. |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | Home Box Office, Inc. and Samax, Inc. |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | Home Box Office, Inc. and Samax, Inc. |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | Home Box Office, Inc. and Samax, Inc. |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | Home Box Office, Inc. and Samax, Inc. |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | Home Box Office, Inc. and Samax, Inc. |

| | | |
|---|---|---|
| PA 1-110-982 | SOPRANOS, THE: Eloise | Home Box Office, Inc. and Samax, Inc. |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | Home Box Office, Inc. and Samax, Inc. |
| | **SOPRANOS, THE: Season Five** | |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | Home Box Office, Inc. and Samax, Inc. |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | Home Box Office, Inc. and Samax, Inc. |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | Home Box Office, Inc. and Samax, Inc. |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | Home Box Office, Inc. and Samax, Inc. |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | Home Box Office, Inc. and Samax, Inc. |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | Home Box Office, Inc. and Samax, Inc. |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | Home Box Office, Inc. and Samax, Inc. |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | Home Box Office, Inc. and Samax, Inc. |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | Home Box Office, Inc. and Samax, Inc. |

| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | Home Box Office, Inc. and Samax, Inc. |
|---|---|---|
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | Home Box Office, Inc. and Samax, Inc. |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | Home Box Office, Inc. and Samax, Inc. |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | Home Box Office, Inc. and Samax, Inc. |
| **SOPRANOS, THE: Season Six** | | |
| PA 1-324-969 | SOPRANOS, THE: Members Only | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-971 | SOPRANOS, THE: Mayham | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | Home Box Office, Inc. and Samax, Inc. |

| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | Home Box Office, Inc. and Samax, Inc. |
|---|---|---|
| PA 1-326-426 | SOPRANOS, THE: The Ride | Home Box Office, Inc. and Samax, Inc. |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | Home Box Office, Inc. and Samax, Inc. |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | Home Box Office, Inc. and Samax, Inc. |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | Home Box Office, Inc. and Samax, Inc. |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | Home Box Office, Inc. and Samax, Inc. |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | Home Box Office, Inc. and Samax, Inc. |
| PA 1-374-959 | SOPRANOS, THE: Remember When | Home Box Office, Inc. and Samax, Inc. |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | Home Box Office, Inc. and Samax, Inc. |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | Home Box Office, Inc. and Samax, Inc. |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | Home Box Office, Inc. and Samax, Inc. |

| PA 1-371-913 | SOPRANOS, THE: The Second Coming | Home Box Office, Inc. and Samax, Inc. |
|---|---|---|
| PA1-390-894 | SOPRANOS, THE: Blue Comet | Home Box Office, Inc. and Samax, Inc. |
| PA 1-390-892 | SOPRANOS, THE: Made In America | Home Box Office, Inc. and Samax, Inc. |
| **THE WIRE: Season One** | | |
| PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. |
| PA 1-085-788 | THE WIRE: The Detail | Home Box Office, Inc. |
| PA 1-085-789 | THE WIRE: The Buys | Home Box Office, Inc. |
| PA 1-085-790 | THE WIRE: Old Cases | Home Box Office, Inc. |
| PA 1-091-735 | THE WIRE: The Pager | Home Box Office, Inc. |
| PA 1-091-734 | THE WIRE: The Wire | Home Box Office, Inc. |
| PA 1-085-791 | THE WIRE: One Arrest | Home Box Office, Inc. |
| PA 1-112-366 | THE WIRE: Lessons | Home Box Office, Inc. |
| PA 1-112-367 | THE WIRE: Game Day | Home Box Office, Inc. |
| PA 1-085-792 | THE WIRE: The Cost | Home Box Office, Inc. |
| PA 1-085-793 | THE WIRE: The Hunt | Home Box Office, Inc. |
| PA 1-112-891 | THE WIRE: Cleaning Up | Home Box Office, Inc. |

| PA 1-097-171 | THE WIRE: Sentencing | Home Box Office, Inc. |
|---|---|---|
| | **THE WIRE: Season Two** | Home Box Office, Inc. |
| PA 1-136-490 | THE WIRE: Ebb Tide | Home Box Office, Inc. |
| PA 1-148-802 | THE WIRE: Collateral Damage | Home Box Office, Inc. |
| PA 1-194-679 | THE WIRE: Hot Shots | Home Box Office, Inc. |
| PAu2-811-064 | THE WIRE: Hard Cases | Home Box Office, Inc. |
| PAu2-803-274 | THE WIRE: Undertow | Home Box Office, Inc. |
| PA 1-148-601 | THE WIRE: All Prologue | Home Box Office, Inc. |
| PA 1-188-186 | THE WIRE: Backwash | Home Box Office, Inc. |
| PAu2-787-345 | THE WIRE: Duck And Cover | Home Box Office, Inc. |
| PA 1-190-936 | THE WIRE: Stray Sounds | Home Box Office, Inc. |
| PA 1-194-673 | THE WIRE: Storm Warnings | Home Box Office, Inc. |
| PA 1-201-679 | THE WIRE: Bad Dreams | Home Box Office, Inc. |
| PA 1-201-678 | THE WIRE: Port In A Storm | Home Box Office, Inc. |
| | **THE WIRE: Season Three** | |
| PA 1-246-492 | THE WIRE: Time After Time | Home Box Office, Inc. |
| PA 1-246-487 | THE WIRE: All Due Respect | Home Box Office, Inc. |

| PA 1-249-546 | THE WIRE: Dead Soldiers | Home Box Office, Inc. |
|---|---|---|
| PA 1-249-545 | THE WIRE: Amsterdam | Home Box Office, Inc. |
| PA 1-249-550 | THE WIRE: Straight And True | Home Box Office, Inc. |
| PA 1-249-549 | THE WIRE: Homecoming | Home Box Office, Inc. |
| PA 1-263-206 | THE WIRE: Back Burners | Home Box Office, Inc. |
| PA 1-263-204 | THE WIRE: Moral Midgetry | Home Box Office, Inc. |
| PA 1-263-205 | THE WIRE: Slapstick | Home Box Office, Inc. |
| PA 1-263-201 | THE WIRE: Reformation | Home Box Office, Inc. |
| PA 1-265-461 | THE WIRE: Middle Ground | Home Box Office, Inc. |
| PA 1-265-512 | THE WIRE: Mission Accomplished | Home Box Office, Inc. |
| **THE WIRE: Season Four** | | |
| PA 1-325-037 | THE WIRE: Boys Of Summer | Home Box Office, Inc. |
| PA 1-325-038 | THE WIRE: Soft Eyes | Home Box Office, Inc. |
| PA 1-325-039 | THE WIRE: Home Rooms | Home Box Office, Inc. |
| PA 1-261-149 | THE WIRE: Refugees | Home Box Office, Inc. |
| PA 1-261-150 | THE WIRE: Alliances | Home Box Office, Inc. |
| PA 1-261-132 | THE WIRE: Margin Of Error | Home Box Office, Inc. |

| PA 1-261-151 | THE WIRE: Unto Others | Home Box Office, Inc. |
|---|---|---|
| PA 1-261-345 | THE WIRE: Corner Boys | Home Box Office, Inc. |
| PA 1-261-344 | THE WIRE: Know Your Place | Home Box Office, Inc. |
| PA 1-353-972 | THE WIRE: Misgivings | Home Box Office, Inc. |
| PA 1-353-973 | THE WIRE: A New Day | Home Box Office, Inc. |
| PA 1-353-974 | THE WIRE: That's Got His Own | Home Box Office, Inc. |
| PA 1-261-346 | THE WIRE: Final Grades | Home Box Office, Inc. |
| | **THE WIRE: Season Five** | |
| PA 1-611-976 | THE WIRE: More With Less | Home Box Office, Inc. |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | Home Box Office, Inc. |
| PA 1-798-349 | THE WIRE: Not For Attribution | Home Box Office, Inc. |
| PA 1-663-138 | THE WIRE: Transitions | Home Box Office, Inc. |
| PA 1-617-062 | THE WIRE: React Quotes | Home Box Office, Inc. |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | Home Box Office, Inc. |
| PA 1-622-694 | THE WIRE: Took | Home Box Office, Inc. |
| PA 1-622-990 | THE WIRE: Clarifications | Home Box Office, Inc. |
| PA 1-622-995 | THE WIRE: Late Editions | Home Box Office, Inc. |

| PA 1-622-993 | THE WIRE: -30- | Home Box Office, Inc. |
|---|---|---|
| | **TREME: Season One** | Home Box Office, Inc. |
| PA 1-686-688 | TREME: Do You Know What It Means? (Episode #1) | Home Box Office, Inc. |
| PA 1-686-691 | TREME: Meet De Boys On The Battlefront (Episode #2) | Home Box Office, Inc. |
| PA 1-686-694 | TREME: Right Place, Wrong Time (Episode #3) | Home Box Office, Inc. |
| PA 1-686-695 | TREME: At The Foot of Canal Street (Episode #4) | Home Box Office, Inc. |
| PA 1-687-984 | TREME: Shame, Shame, Shame (Episode #5) | Home Box Office, Inc. |
| PA 1-687-982 | TREME: Shallow Water, Oh Mama (Episode #6) | Home Box Office, Inc. |
| PA 1-687-980 | TREME: Smoke My Piece Pipe (Episode #7) | Home Box Office, Inc. |
| PA 1-697-073 | TREME: All On A Mardi Gras Day (Episode #8) | Home Box Office, Inc. |
| PA 1-697-072 | TREME: Wish Someone Would Care (Episode #9) | Home Box Office, Inc. |
| PA 1-783-912 | TREME: I'll Fly Away (Episode #10) | Home Box Office, Inc. |
| | **TREME: Season Two** | |
| PA 1-743-069 | TREME: Accentuate The Positive | Home Box Office, Inc. |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | Home Box Office, Inc. |
| PA 1-750-437 | TREME: On Your Way Down | Home Box Office, Inc. |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-746-579 | TREME: Slip Away | Home Box Office, Inc. |
| PA 1-746-582 | TREME: Feels Like Rain | Home Box Office, Inc. |
| PA 1-746-583 | TREME: Carnival Time | Home Box Office, Inc. |
| PA 1-756-008 | TREME: Can I Change My Mind | Home Box Office, Inc. |
| PA 1-748-878 | TREME: What Is New Orleans? | Home Box Office, Inc. |
| PA 1-748-782 | TREME: That's What Lovers Do? | Home Box Office, Inc. |
| PA 1-748-781 | TREME: Do Whatcha Wanna | Home Box Office, Inc. |
| | **TRUE BLOOD: Season Four** | |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | Home Box Office, Inc. |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | Home Box Office, Inc. |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | Home Box Office, Inc. |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | Home Box Office, Inc. |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | Home Box Office, Inc. |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | Home Box Office, Inc. |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | Home Box Office, Inc. |
| PA 1-756-538 | TRUE BLOOD: Spellbound | Home Box Office, Inc. |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | Home Box Office, Inc. |

| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | Home Box Office, Inc. |
|---|---|---|
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | Home Box Office, Inc. |
| PA 1-765-827 | TRUE BLOOD: And When I Die | Home Box Office, Inc. |
| | **VAMPIRE DIARIES: Season Two** | |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| | | |
|---|---|---|
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
|---|---|---|
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| **JOHN ADAMS: Season One** | | |
| PA 1-623-599 | JOHN ADAMS: Join Or Die | Home Box Office, Inc. |
| PA 1-623-549 | JOHN ADAMS: Independence | Home Box Office, Inc. |
| PA 1-623-550 | JOHN ADAMS: Don't Tread On Me | Home Box Office, Inc. |
| PA 1-623-551 | JOHN ADAMS: Reunion | Home Box Office, Inc. |
| PA 1-623-552 | JOHN ADAMS: Unite Or Die | Home Box Office, Inc. |
| PA 1-623-553 | JOHN ADAMS: Unnecessary War | Home Box Office, Inc. |
| PA 1-623-555 | JOHN ADAMS: Peacefield | Home Box Office, Inc. |
| **THE VENTURE BROS.: Season One** | | |
| PA 1-207-337 | THE VENTURE BROS.: The Terrible Secret Of Turtle Bay | Cartoon Network LP, LLLP |
| PA 1-243-613 | THE VENTURE BROS.: Dia De Los Dangerous | Cartoon Network LP, LLLP |
| PA 1-243-619 | THE VENTURE BROS.: Careers In Science | Cartoon Network LP, LLLP |
| PA 1-243-623 | THE VENTURE BROS.: Home Insecurity | Cartoon Network LP, LLLP |

| | | |
|---|---|---|
| PA 1-243-624 | THE VENTURE BROS.: The Incredible Mr. Brisby | Cartoon Network LP, LLLP |
| PA 1-243-617 | THE VENTURE BROS.: Eeeney, Meeney, Miney Magic! | Cartoon Network LP, LLLP |
| PA 1-243-614 | THE VENTURE BROS.: Ghosts Of The Sargasso | Cartoon Network LP, LLLP |
| PA 1-243-615 | THE VENTURE BROS.: Ice Station--Impossible! | Cartoon Network LP, LLLP |
| PA 1-243-618 | THE VENTURE BROS.: Mid-Life Chrysalis | Cartoon Network LP, LLLP |
| PA 1-243-616 | THE VENTURE BROS.: Are You There God, It's Me, Dean | Cartoon Network LP, LLLP |
| PA 1-250-069 | THE VENTURE BROS.: Tag-Sale - You're It! | Cartoon Network LP, LLLP |
| PA 1-250-070 | THE VENTURE BROS.: Past Tense | Cartoon Network LP, LLLP |
| PA 1-250-073 | THE VENTURE BROS.: The Trial Of The Monarch | Cartoon Network LP, LLLP |
| PA 1-250-059 | THE VENTURE BROS.: Return To Spider-Skull Island | Cartoon Network LP, LLLP |
| PA 1-257-177 | THE VENTURE BROS.: A Very Venture Christmas | Cartoon Network LP, LLLP |
| | **THE VENTURE BROS.: Season Two** | Cartoon Network LP, LLLP |
| PA 1-330-584 | THE VENTURE BROS.: Powerless In The Face Of Death | Cartoon Network LP, LLLP |
| PA 1-333-071 | THE VENTURE BROS.: Hate Floats | Cartoon Network LP, LLLP |
| PA 1-333-079 | THE VENTURE BROS.: Assassinanny 911 | Cartoon Network LP, LLLP |
| PA 1-333-068 | THE VENTURE BROS.: Escape To The House Of Mummies: Part 2 | Cartoon Network LP, LLLP |
| PA 1-333-083 | THE VENTURE BROS.: Twenty Years To Midnight | Cartoon Network LP, LLLP |

| PA 1-333-069 | THE VENTURE BROS.: Victor Echo Nevember. | Cartoon Network LP, LLLP |
|---|---|---|
| PA 1-333-070 | THE VENTURE BROS.: Love-Bheits | Cartoon Network LP, LLLP |
| PA 1-333-082 | THE VENTURE BROS.: Fallen Arches | Cartoon Network LP, LLLP |
| PA 1-261-648 | THE VENTURE BROS.: Guess Who's Coming To State Dinner? | Cartoon Network LP, LLLP |
| PAu 3-090-160 | THE VENTURE BROS.: I Know Why The Caged Bird Kills | Cartoon Network LP, LLLP |
| PA 1-347-169 | THE VENTURE BROS.: Viva Los Muertos! | Cartoon Network LP, LLLP |
| PA 1-347-180 | THE VENTURE BROS.: Showdown At Cremation Creek: Part 1 | Cartoon Network LP, LLLP |
| PA 1-351-086 | THE VENTURE BROS.: Showdown At Cremation Creek: Part 2 | Cartoon Network LP, LLLP |
|  | **THE VENTURE BROS.: Season Three** |  |
| PA 1-774-825 | THE VENTURE BROS.: Shadowman 9: In The Cradle Of Destiny | The Cartoon Network, Inc. |
| PA 1-774-826 | THE VENTURE BROS.: The Doctor Is Sin | The Cartoon Network, Inc. |
| PA 1-603-294 | THE VENTURE BROS.: The Invisible Hand Of Fate | The Cartoon Network, Inc. |
| PA 1-604-908 | THE VENTURE BROS.: Home Is Where The Hate Is | The Cartoon Network, Inc. |
| PA 1-604-901 | THE VENTURE BROS.: The Buddy System | The Cartoon Network, Inc. |
| PA 1-604-911 | THE VENTURE BROS.: Dr. Quymn, Medicine Woman | The Cartoon Network, Inc. |

| PA 1-605-528 | THE VENTURE BROS.: What Goes Down Must Come Up | The Cartoon Network, Inc. |
|---|---|---|
| PA 1-606-006 | THE VENTURE BROS.: Tears Of A Sea Cow | The Cartoon Network, Inc. |
| PA 1-606-132 | THE VENTURE BROS.: Now Museum, Now You Don't! | The Cartoon Network, Inc. |
| PA 1-606-135 | THE VENTURE BROS.: The Lepidopterists | The Cartoon Network, Inc. |
| PA 1-641-429 | THE VENTURE BROS.: ORB | The Cartoon Network, Inc. |
| PA 1-641-425 | THE VENTURE BROS.: The Family That Slays Together, Stays Together: Part 1 | The Cartoon Network, Inc. |
| PA 1-612-044 | THE VENTURE BROS.: The Family That Slays Together, Stays Together: Part 2 | The Cartoon Network, Inc. |
| | **THE VENTURE BROS.: Season Four** | |
| PA 1-656-846 | THE VENTURE BROS.: Blood Of The Father, Heart Of Steel | The Cartoon Network, Inc. |
| PA 1-656-832 | THE VENTURE BROS.: Handsome Ransom | The Cartoon Network, Inc. |
| PA 1-656-833 | THE VENTURE BROS.: Perchance To Dean | The Cartoon Network, Inc. |
| PA 1-662-538 | THE VENTURE BROS.: Return To Malice | The Cartoon Network, Inc. |
| PA 1-662-537 | THE VENTURE BROS.: The Revenge Society | The Cartoon Network, Inc. |
| PA 1-662-540 | THE VENTURE BROS.: Self-Medication | The Cartoon Network, Inc. |
| PA 1-662-531 | THE VENTURE BROS.: The Better Man | The Cartoon Network, Inc. |
| PA 1-662-534 | THE VENTURE BROS.: Pinstripes And Poltergeists | The Cartoon Network, Inc. |

| PA 1-699-548 | THE VENTURE BROS.: The Diving Bell vs. The Butter-glider | The Cartoon Network, Inc. |
|---|---|---|
| PA 1-702-381 | THE VENTURE BROS.: Pomp And Circuitry | The Cartoon Network, Inc. |
| PA 1-702-375 | THE VENTURE BROS.: Every Which Way But Zeus | The Cartoon Network, Inc. |
| PA 1-706-990 | THE VENTURE BROS.: Everybody Comes To Hank's | The Cartoon Network, Inc. |
| PA 1-707-004 | THE VENTURE BROS.: Bright Lights, Dean City | The Cartoon Network, Inc. |
| PA 1-707-014 | THE VENTURE BROS.: Assisted Suicide | The Cartoon Network, Inc. |
| PA 1-709-379 | THE VENTURE BROS.: The Silent Partners | The Cartoon Network, Inc. |
| PA 1-713-875 | THE VENTURE BROS.: Operation P.R.O.M. | The Cartoon Network, Inc. |